JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MEDRANO, an individual<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FOOD 4 LESS OF CALIFORNIA, INC., a California corporation; UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 770 a business entity form unknown; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No.   CV 12-3969 JFW (JCx)<br><br>**ORDER RE STIPULATION RE DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT RALPHS GROCERY COMPANY, DBA FOOD 4 LESS**<br><br>Removed:   May 7, 2012<br>Trial:        February 5, 2012 |

Pursuant to the Stipulation Re Dismissal with Prejudice of Plaintiff's Claims Against Defendant RALPHS GROCERY COMPANY, DBA FOOD 4 LESS and good cause being shown, it is hereby ORDERED:

1. All of Plaintiff's claims against Defendant Ralphs are hereby dismissed with prejudice.

2. Each party shall bear her/its own attorneys' fees and costs incurred herein.

IT IS SO ORDERED.

Dated: November 14, 2012

_____
Honorable John F. Walter
United States District Judge

010362.00037
10757123.1

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT RALPHS GROCERY COMPANY, DBA FOOD 4 LESS